**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRUCE HARRISON BIRCH,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
PATRICK FLANAGAN, DISTRICT
JUDGE,
Respondents,
 and
THE STATE OF NEVADA,
Real Party in Interest.

No. 67977

**FILED**

JUL 21 2015


TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se original petition for a writ of mandamus. Petitioner asks this court to direct the district court to reverse and vacate an order that petitioner claims denies him access to the courts. Petitioner failed to submit an appendix containing documents that are essential to understand the matters set forth in the petition, including a copy of the order purportedly restricting his access to the courts. NRAP 21(a)(4); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioners carry the burden of demonstrating that extraordinary relief is warranted."). Therefore, without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise

15-22094

our original jurisdiction. *See* NRS 34.160; NRS 34.170. Accordingly, we ORDER the petition DENIED.

_____, J.
Saitta

_____, J.        _____, J.
Gibbons                             Pickering

cc:    Hon. Patrick Flanagan, District Judge
       Bruce Harrison Birch
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A